IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:19CR783 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| JULIO US-CASTRO, | ) | NOTICE OF APPEARANCE |
| | ) | (CO-COUNSEL) |
| Defendant. | ) | |

Now comes the United States of America, by and through counsel, Justin E. Herdman, United States Attorney, and Vanessa Healy, Assistant U. S. Attorney, and respectfully advises the Court that the undersigned will appear as co-counsel of record, and requests that all notices and entries sent by this Court to Vanessa Healy, Assistant U.S. Attorney, also be sent to Andrea Isabella, Assistant U. S. Attorney.

          Respectfully submitted,

          JUSTIN E. HERDMAN
          United States Attorney

By:  /s/ Andrea Isabella
      Andrea Isabella (OH: 0090063)
      Assistant United States Attorney
      United States Court House
      801 West Superior Avenue, Suite 400
      Cleveland, OH 44113
      (216) 622-3875
      (216) 522-8355 (facsimile)
      Andrea.Isabella@usdoj.gov